FILED

08/10/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0567

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0567

STATE OF MONTANA,

Plaintiff and Appellee,

v.

DYLAN MIKKEL OHL,

Defendant and Appellant.

FILED

AUG 1 0 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Dylan Mikkel Ohl appeals the Fourth Judicial District Court's October 5, 2020 Judgment revoking his sentence for criminal possession of dangerous drugs with intent to distribute. Through counsel, the parties have stipulated and moved for an order remanding Missoula County Cause No. DC-12-485 with instructions either to award "street time" credit or otherwise to state the reasons for the denial.

On June 17, 2020, the District Court conducted a disposition hearing on the revocation of Ohl's sentence and resentenced him to two years' commitment to the Department of Corrections. The court agreed to give the parties time to submit further information on what credit should be applied toward the sentence. Both parties submitted briefs addressing whether Ohl should be awarded "street time." On October 5, 2020, the District Court issued its Judgment. Through counsel, Ohl filed a subsequent Motion to Amend Judgment, which addressed credit for time served but did not address "street time" credit. The Court issued its Order Amending Judgment on October 14, 2020, to adjust the award of credit for time served, but both the Judgment and the Order Amending Judgment are silent regarding "street time" credit.

The Attorney General's Office, after consultation with the Missoula County Attorney's Office, in the interests of justice and judicial economy, agrees that this matter should be remanded to the District Court so it can rule on whether it should award

"street time" credit or otherwise state reasons for the denial as required by § 46-18-203(7)(b), MCA (2019).

Having reviewed the parties' stipulation and motion, and good cause appearing,

IT IS HEREBY ORDERED that the parties' stipulated motion is GRANTED. The October 5, 2020 Judgment is REMANDED to the Fourth Judicial District Court with instructions to determine what "street time" should be awarded or otherwise state the reasons for the denial and to enter a Second Amended Judgment.

IT IS FURTHER ORDERED that, upon entry of the District Court's Second Amended Judgment, the Clerk of the Fourth Judicial District Court shall send a certified copy of the same to the Records Department of the Department of Corrections.

There being no other issues remaining for consideration,

IT IS FURTHER ORDERED that Ohl's appeal is DISMISSED with prejudice.

The Clerk is directed to provide a copy of this Order to the Missoula County District Court under Cause No. DC-12-485, to the Hon. Leslie Halligan presiding, to counsel of record, and to counsel for the Department of Corrections.

Dated this 10th day of August, 2021.

_____

_____

_____

_____

_____
Justices

2